## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**CLAUDE B. OAKLEY,**
**ADC #108541**                                                                                   **PLAINTIFF**

**VS.**                                       **5:16-CV-00051 BRW/JTR**

**ARKANSAS DEPARTMENT OF**
**COMMUNITY CORRECTION; and**
**ARKANSAS DEPARTMENT OF CORRECTION**                               **DEFENDANTS**

### ORDER

I have reviewed the Recommendation submitted by United States Magistrate Judge J. Thomas Ray. No objections were filed and the time for doing so has passed. After careful review, I approve and adopt the Recommendation in its entirety as my findings in all respects.

Accordingly, this DISMISSED, without prejudice, for failure to state a claim upon which relief may be granted. Dismissal constitutes a strike, and an *in forma pauperis* appeal would not be taken in good faith.[1]

IT IS SO ORDERED this 31st day of March, 2016.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] 28 U.S.C. § 1915(a)(3) and(g).